JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE SANDERS,<br><br>          Petitioner,<br><br>    v.<br><br>MONTGOMERY, Warden,<br><br>          Respondent. | Case No. 2:19-cv-03799-SVW (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of DONTE SANDERS for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 19, 2019

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE